U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 23 2017

TONY R. MOORE, CLERK
BY: ___MB___
       DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WILCY ERNEST MONCEAUX, SR.<br>D.O.C. # 593048 | : | DOCKET NO. 15-cv-2139 |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| DARREL VANNOY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the petitioner's objections to the Report and Recommendation;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

**THUS DONE AND** SIGNED in Alexandria, Louisiana this 23rd day of March, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE